USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

J. TACOPINA P.C., d/b/a TACOPINA SEIGEL & DeOREO,

*Plaintiff*,

– against –

JAMES CHRISTOPHER PITTMAN,

*Defendant*.

-------------------------------------------------------------x

Case No. 1:25-cv-08720-MKV

Judge Mary Kay Vyskocil

**~~[PROPOSED]~~ DEFAULT JUDGMENT**

This action having been commenced on October 21, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant James Christopher Pittman on December 17, 2025 by personal service on Defendant James Christopher Pittman, and a proof of service having been filed on December 23, 2025, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $97,000 with interest at 9% from October 9, 2024 amounting to $11,097.86 plus costs and disbursements of this action in the amount of $1,220 amounting in all to $109,317.86.

Dated: New York, New York
7/23/2026

Mary Kay Vyskocil
U.S.D.J.

This document was entered on the docket on 7/23/2026.